# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SIOBHAN MORROW and TRACEE LE FLORE, individually and on behalf of all others similarly situated<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　　　　Defendant. | Case No. 1:21-cv-00722-LO-IDD<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff-Appellants Siobhan Morrow and Tracee Le Flore hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order dismissing the Complaint with prejudice, signed and entered by District Judge Liam O'Grady on October 27, 2021. [ECF No. 33.]

Dated: November 24, 2021

　　　　　　　　　　　　　　　s/ Heather Whitaker Goldstein
　　　　　　　　　　　　　　　Heather Whitaker Goldstein (VA Bar No. 41480)
　　　　　　　　　　　　　　　David M. Wilkerson*
　　　　　　　　　　　　　　　THE VAN WINKLE LAW FIRM
　　　　　　　　　　　　　　　11 N. Market Street
　　　　　　　　　　　　　　　Asheville, North Carolina 28801
　　　　　　　　　　　　　　　Telephone: 828-844-7169
　　　　　　　　　　　　　　　Fax: 828-257-2767
　　　　　　　　　　　　　　　hgoldstein@vwlawfirm.com
　　　　　　　　　　　　　　　dwilkerson@vwlawfirm.com

Jeffrey Ostrow*
Jonathan M. Streisfeld*
KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Fax: 954-525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com

Todd Carpenter*
CARLSON LYNCH
1350 Columbia Street. Suite 603
San Diego, CA 92101
Telephone: 619-762-1910
tcarpenter@carlsonlynch.com

Jeff Kaliel*
Sophia Goren Gold*
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: 202-350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

*Counsel for Plaintiffs and the Putative Class*
*(Application for Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of November, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

                                                          s/Heather Whitaker Goldstein
Heather Whitaker Goldstein
Virginia Bar Number 41480
THE VAN WINKLE LAW FIRM
11 N. Market Street
Asheville, North Carolina 28801
Telephone: 828-844-7169
Fax: 828-257-2767
hgoldstein@vwlawfirm.com

*Attorneys for Plaintiffs and the Putative Class*