FILED: November 29, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2323
(1:21-cv-00722-LO-IDD)

_____

SIOBHAN MORROW, individually and on behalf of all others similarly situated; TRACEE LE FLORE, individually and on behalf of all others similarly situated

    Plaintiffs - Appellants

v.

NAVY FEDERAL CREDIT UNION

    Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:21-cv-00722-LO-IDD |
| Date notice of appeal filed in originating court: | 11/24/2021 |
| Appellant(s) | Siobhan Morrow; Tracee Le Flore |
| Appellate Case Number | 21-2323 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |