Merriam-Webster Logo Merriam-Webster Logo

SINCE 1828

Merriam-Webster Logo   Search Icon

# point-of-sale *adjective*

variants: *or less commonly* **point-of-sales** \ ¦≈ˈ≈ \

## Definition of *point-of-sale*

**:** of or relating to the place (such as a check-out counter) where an item is purchased

// electronic *point-of-sale* terminals

—abbreviation *POS*

**Love words?**

You must — there are over 200,000 words in our free online dictionary, but you are looking for one that's only in the Merriam-Webster Unabridged Dictionary.

Start your free trial today and get unlimited access to America's largest dictionary, with:

- More than 250,000 words that aren't in our free dictionary
- Expanded definitions, etymologies, and usage notes
- Advanced search features
- Ad free!

Join Our Free Trial Now!

## First Known Use of *point-of-sale*

1936, in the meaning defined above

No. 21-2323, viewed 06/16/2022

## Learn More About *point-of-sale*

### Share *point-of-sale*

Facebook    Twitter

### Time Traveler for *point-of-sale*

Time Traveler   **The first known use of *point-of-sale* was in 1936**

See more words from the same year

### Dictionary Entries Near *point-of-sale*

point of reference

**point-of-sale**

point-of-service

See More Nearby Entries

### Statistics for *point-of-sale*

**Look-up Popularity**
Top 21% of words

### Cite this Entry

"Point-of-sale." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/point-of-sale. Accessed 6 Jul. 2022.

**Style:** MLA ˅

No. 21-2323, viewed 06/16/2022

## Seen & Heard

People are talking about



**WORD OF THE DAY**

# recidivism

See Definitions and Examples »

Get Word of the Day daily email!

[Your email address] [SUBSCRIBE]

**TEST YOUR VOCABULARY**

### Words Named After People

Namesake of the *leotard*, Jules

Léotard had what profession?

Acrobat   Judge

Surgeon   Firefighter

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**

A daily challenge for crossword fanatics.

**TAKE THE QUIZ**

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

**WORDS AT PLAY**

### 'Dunderhead' and Other 'Nicer' Ways to Say Stupid

As illustrated by some very smart pups

No. 21-2323 Viewed 06/16/2022

### 10 Words from Place Names

Bikini, bourbon, and badminton were places first

### 'Pride': The Word That Went From Vice to Strength

Do you take pride in Pride?

### When Were Words First Used?

Look up any year to find out

**ASK THE EDITORS**

### Literally

How to use a word that (literally) drives some pe...

No. 21-2323, viewed 06/16/2022

**'All Intensive Purposes' or
'All Intents and Purposes'?**

We're intent on clearing it up

**Lay vs. Lie**

Editor Emily Brewster clarifies
the difference.

**Hot Mess**

"The public is a hot mess"

WORD GAMES

**Brand Name Vocabulary
Quiz**

You're gonna need some moxie
to ace this quiz

TAKE THE QUIZ ›

**Commonly Confused Words**

No. 21-2323, viewed 06/16/2022

Quiz

Take a (break/brake) and
(pore/pour) over this (c...

**TAKE THE QUIZ**

**Spell It**

Can you spell these 10
commonly misspelled words?

**TAKE THE QUIZ**

**Spelling Bee Quiz**

Can you outdo past winners of
the National Spelli...

**TAKE THE QUIZ**

Learn a new word every day.
Delivered to your inbox!

SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

SCRABBLE® WORD FINDER

MERRIAM-WEBSTER DICTIONARY API

NGLISH - SPANISH-ENGLISH TRANSLATION

BRITANNICA ENGLISH - ARABIC TRANSLATION

*No. 21-2323, viewed 06/16/2022*

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9  BIO  GEO

Home | Help | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos | Word of the Year | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2022 Merriam-Webster, Incorporated



No. 21-2323, viewed 06/16/2022