FILED: July 7, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 21-2323
(1:21-cv-00722-LO-IDD)

———————————

SIOBHAN MORROW, individually and on behalf of all others similarly situated;
TRACEE LE FLORE, individually and on behalf of all others similarly situated

> Plaintiffs - Appellants

v.

NAVY FEDERAL CREDIT UNION

> Defendant - Appellee

———————————

## J U D G M E N T

———————————

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK